IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GAY WELLS, | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 09-CV-393 |
| | § | |
| PRAIRIE VIEW A&M UNIVERSITY, | § | |
|     Defendant. | § | |

**DEFENDANT'S NOTICE OF DISCLOSURE**

TO THE HONORABLE U.S. DISTRICT JUDGE EWING WERLEIN, JR.:

NOW COMES Defendant, Prairie View A&M University, and files this its Notice of Disclosure pursuant to Fed. R. Civ. P. 26.

**I.**

Defendant hereby notifies the Court that it has made its disclosures to the plaintiff.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

    /s/   Richard D. Naylor
RICHARD D. NAYLOR
Attorney-in-Charge
Southern District ID No. 30135
Texas Bar No.  14830000
Assistant Attorney General
Office of the Attorney General
General Litigation Division -019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I, RICHARD D. NAYLOR, Assistant Attorney General, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Defendant's Notice of Disclosure** in accordance with the Electronic Case Files System of the Southern District of Texas on this the 24TH day of August, 2009, which will send notification to the following:

Ty Clevenger
YOUNGKIN & ASSOCIATES
1716 Briarcrest Dr., Suite 206
Bryan, Texas 77803
*Attorney for Plaintiff*

    /s/   Richard D. Naylor
RICHARD D. NAYLOR
Assistant Attorney General